# EXHIBIT 2 TO INTERSTATE'S COMPLAINT

# USRE44797E1 vs. Waste Connections' Lytx DriveCam Event Recorder

# USRE44797E1

| Claim 53 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|
| 53. A method, comprising:<br><br>identifying, by a processing device in user equipment, contents of a message transmitted in a first time interval by the user equipment to a base station; and<br><br>disregarding, by the processing device, a serving relative grant for a transmission during a second time interval based on the contents of the message. | <br><br>*Source: lytx-sf400-event-recorder-spec-sheet* |

2

# USRE44797E1

| Claim 53 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

53. A method, comprising:

identifying, by a processing device in user equipment, contents of a message transmitted in a first time interval by the user equipment to a base station; and

disregarding, by the processing device, a serving relative grant for a transmission during a second time interval based on the contents of the message.





*Source: Lytx Drivecam Event Recorder Label Diagram*

*Source: Lytx Drivecam Event Recorder Teardown Internal Photos*

# USRE44797E1

| Claim 53 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|
| 53. A method, comprising:<br><br>identifying, by a processing device in user equipment, contents of a message transmitted in a first time interval by the user equipment to a base station; and<br><br>disregarding, by the processing device, a serving relative grant for a transmission during a second time interval based on the contents of the message. | **Key Features**<br><br>✓ LTE Cat 4 module optimized for M2M and IoT applications<br><br>✓ Multi-band LTE, UMTS/HSPA(+) and GSM/GPRS/EDGE coverage<br><br>✓ Compact SMT form factor ideal for size-constrained applications with extended operation temperature range<br><br>✓ Embedded power management unit (PMU) featuring ultra-low deep-sleep current consumption<br><br>✓ Simple migration from 2G/3G to 4G with a flexible and scalable platform<br><br>*Source: Quectel_EG95_Series_LTE_Standard_Specification_V2.3-1* |

**4**

# USRE44797E1

| Claim 53 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

53. A method, comprising:

**identifying, by a processing device in user equipment, contents of a message transmitted in a first time interval by the user equipment to a base station; and**

disregarding, by the processing device, a serving relative grant for a transmission during a second time interval based on the contents of the message.

### 3.1.2.1    General

**E-DCH:** The Enhanced Dedicated Channel (E-DCH) is an uplink transport channel.

### 9.2.5.1    HARQ information

This control information is used in support of the uplink hybrid ARQ functionality.

### 9.2.5.2    DL Scheduling information

This control information is used by Node-Bs in a UE's E-DCH active set in order to control its use of E-DCH system resources.

### 11.8.1.3.1    Baseline Procedure

For UEs in CELL_DCH state the Serving Grant Update procedure shall be applied at every TTI boundary and shall take into account the Absolute Grant message, Serving Relative Grant and non-serving Relative Grants that apply to the TTI.

The UE shall:

1> else (no Absolute Grant received):

   2> if the HARQ process given by the value of CURRENT_HARQ_PROCESS is active; and

   2> if Primary_Grant_Available is equal to "True"; and

   2> if Serving_Grant <> "Zero_Grant"; and

   2> if AG_Timer has expired; and

   2> if there was a scheduled transmission (see NOTE 2) in the previous TTI of the HARQ process given by the value of CURRENT_HARQ_PROCESS:

      3> if the Serving Relative Grant indicates "UP":

         4> determine the Serving_Grant in accordance with subclause 9.2.5.2.1.

      3> else, if the Serving Relative Grant indicates "DOWN":

         4> determine the Serving_Grant in accordance with subclause 9.2.5.2.1.

      3> else:

         4> the Serving_Grant is unchanged (i.e. kept from previous TTI).

NOTE 2:  Scheduling Information sent alone is not considered as a scheduled transmission.

*Source: 3GPP TS 25.321 V17.0.0, Page 93, 94, 153 & 155*



**Figure 9.2.1-1: Timing relation for Relative Grant**

*Source: 3GPP TS 25.319 V17.0.0, Page 56*

# USRE44797E1

| Claim 53 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

53. A method, comprising:

**identifying, by a processing device in user equipment, contents of a message transmitted in a first time interval by the user equipment to a base station; and**

disregarding, by the processing device, a serving relative grant for a transmission during a second time interval based on the contents of the message.

---

### 9.2.5    Signaling of control information for FDD E-DCH

#### 9.2.5.1    HARQ information

This control information is used in support of the uplink hybrid ARQ functionality.

- ACK/NACK information:
  Transmitted on the E-HICH, on the downlink frequency associated with the uplink frequency where the uplink transmission was made, from each cell in the E-DCH active set of each Activated Uplink Frequency, the ACK/NACK information indicates the successful or un-successful decoding of the corresponding uplink transmission. This information allows the UE to know whether to make another transmission for the same MAC-e or MAC-i PDU or to start the transmission of a new one. The length of the ACK/NACK field is 1 bit.

- RSN:
  Transmitted on the E-DPCCH, the RSN is used to convey the uplink HARQ transmission number. Because of the limitation in the field size, the RSN saturates to the maximum value once that is reached. The combination of the RSN and the transmission timing allows the receiver to determine the exact transmission number (see [16]). The length of the RSN field is 2 bits.

#### 9.2.5.3    UL Scheduling information

This control information is used by UEs to indicate to their serving E-DCH Node-B the amount of resources they require.

#### 9.2.5.3.1    Happy Bit

The happy bit is a single bit field that is passed from MAC to the physical layer for inclusion on the E-DPCCH. This field takes two values, "Not Happy" and "Happy" indicating respectively whether the UE could use more resources or not. The setting of the Happy Bit is defined in subclause 11.8.1.5.

A happy bit is reported on each of the Activated Uplink Frequencies.

#### 9.2.5.3.2    Scheduling Information

The Scheduling Information is located at the end of the MAC-e or MAC-i PDU and is used to provide the serving Node B with a better view of the amount of system resources needed by the UE and the amount of resources it can actually make use of. The transmission of this information will be initiated due to the quantization of the transport block sizes that can be supported or based on the triggers defined in subclause 11.8.1.6. When a Scheduling Information is transmitted, its contents shall always be updated in new transmissions with the buffer status after application of the E-TFC selection procedure described in subclause 11.8.1.4. The logical channels for which a non-scheduled grant is configured shall never be taken into account when putting together this information. In addition, the RRC may restrict applicability for logical channels for which no non-scheduled grant was configured.

A Scheduling Information is reported independently on each of the Activated Uplink Frequencies.

*Source: 3GPP TS 25.321 V17.0.0, Page 93, 97 & 98*

# USRE44797E1

| Claim 53 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

53. A method, comprising:

identifying, by a processing device in user equipment, contents of a message transmitted in a first time interval by the user equipment to a base station; and

**disregarding, by the processing device, a serving relative grant for a transmission during a second time interval based on the contents of the message.**

### 9.2.5.2.1 Relative Grants

- Serving Relative Grant:
The Serving Relative Grant is defined per Configured Uplink Frequency. The Serving Relative Grant is transmitted on the downlink frequency associated with the uplink frequency where the uplink transmission will be made. The Serving Relative Grant is transmitted on the E-RGCH from all cells in the serving E-DCH RLS, and from all cells in the Secondary Serving E-DCH RLS, when the Secondary Uplink Frequency is activated. The serving relative grant allows the Node B scheduler to incrementally adjust the serving grant of UEs under its control. By definition, there can only be one serving relative grant command received at any one time per Activated Uplink Frequency. This indication can take three different values, "UP", "DOWN" or "HOLD".

### 11.8.1.3 Serving Grant Update

UEs in CELL_DCH state, configured with an E-DCH transport channel shall maintain a Serving Grant and the list of active HARQ processes based on the absolute and relative grant commands decoded on the configured E-AGCH and E-RGCH(s).

### 11.8.1.3.1 Baseline Procedure

For UEs in CELL_DCH state the Serving Grant Update procedure shall be applied at every TTI boundary and shall take into account the Absolute Grant message, Serving Relative Grant and non-serving Relative Grants that apply to the TTI.

The UE shall:

1> else (no Absolute Grant received):

2> if the HARQ process given by the value of CURRENT_HARQ_PROCESS is active; and

2> if Primary_Grant_Available is equal to "True"; and

2> if Serving_Grant <> "Zero_Grant"; and

2> if AG_Timer has expired; and

2> if there was a scheduled transmission (see NOTE 2) in the previous TTI of the HARQ process given by the value of CURRENT_HARQ_PROCESS:

3> if the Serving Relative Grant indicates "UP":

4> determine the Serving_Grant in accordance with subclause 9.2.5.2.1.

3> else, if the Serving Relative Grant indicates "DOWN":

4> determine the Serving_Grant in accordance with subclause 9.2.5.2.1.

3> else:

4> the Serving_Grant is unchanged (i.e. kept from previous TTI).

NOTE 2: Scheduling Information sent alone is not considered as a scheduled transmission.

Source: [3GPP TS 25.321 V17.0.0](3GPP TS 25.321 V17.0.0), Page 93, 94, 153 & 155, 156

- If no "Absolute Grant" is received by the UE in a TTI and the last SG update was due to a Primary Absolute Grant from the E-AGCH or from RRC signalling, then the UE shall follow the "Relative Grant" of the Serving E-DCH RLS:

- If no data was transmitted at the same hybrid ARQ process in the previous TTI, the UE shall ignore the Relative Grant.



**Figure 9.2.1-1: Timing relation for Relative Grant**

Source: [3GPP TS 25.319 V17.0.0](3GPP TS 25.319 V17.0.0), Page 54, 55 & 56

7

# USRE44797E1

| Claim 53 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

**53. A method, comprising:**

identifying, by a processing device in user equipment, contents of a message transmitted in a first time interval by the user equipment to a base station; and

**disregarding, by the processing device, a serving relative grant for a transmission during a second time interval based on the contents of the message.**



### 9.2    UE scheduling operation

### 9.2.1    Grants from the Serving RLS

#### 9.2.1.1    FDD

The UE shall be able to receive Absolute Grants from the Serving E-DCH cell and Relative Grants from the Serving E-DCH RLS. For Dual Cell E-DCH operation, the UE shall be able to receive Absolute Grants from the Serving E-DCH cell on each Activated Uplink Frequency and Relative Grants from the Serving E-DCH RLS on each Activated Uplink Frequency.

- If no "Absolute Grant" is received by the UE in a TTI and the last SG update was due to a Primary Absolute Grant from the E-AGCH or from RRC signalling, then the UE shall follow the "Relative Grant" of the Serving E-DCH RLS:

   - A Serving Relative Grant is interpreted relative to the UE power ratio in the previous TTI for the same hybrid ARQ process as the transmission which the Relative Grant will affect (see figure 9.2.1-1);

**Figure 9.2.1-1: Timing relation for Relative Grant**

*Source: 3GPP TS 25.319 V17.0.0, Page 54, 55 & 56*