# EXHIBIT 6 TO INTERSTATE'S COMPLAINT

# US7388848B2 vs. Waste Connections' Lytx DriveCam Event Recorder

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|
| **1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:**<br><br>providing a current transmission, wherein the current transmission includes a predetermined bit pattern and current control information;<br><br>if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and<br><br>if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel. | <br><br>***Source:*** *lytx-sf400-event-recorder-spec-sheet* |

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|
| 1. **A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:**<br><br>providing a current transmission, wherein the current transmission includes a predetermined bit pattern and current control information;<br><br>if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and<br><br>if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel. | <br><br>*Source: Lytx Drivecam Event Recorder Teardown Internal Photos*<br><br><br><br>*Source: Lytx Drivecam Event Recorder Label Diagram* |

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

**1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:**

providing a current transmission, wherein the current transmission includes a predetermined bit pattern and current control information;

if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and

if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel.

| LTE Cat 4 | EG95-NA | EG95-NAX | EG95-NAXD (Data-only) |
|---|---|---|---|
| Region/Operator | North America | North America | North America |
| Dimensions (mm) | 29.0 × 25.0 × 2.45 | 29.0 × 25.0 × 2.45 | 29.0 × 25.0 × 2.45 |
| Temperature Range | | | |
| Operating Temperature | -35 °C to +75 °C | -35 °C to +75 °C | -35 °C to +75 °C |
| Extended Temperature | -40 °C to +85 °C | -40 °C to +85 °C | -40 °C to +85 °C |
| Frequency Bands | | | |
| LTE-FDD | B2/4/5/12/13 | B2/4/5/12/13/25/26 | B2/4/5/12/13/25/26 |
| WCDMA | B2/4/5 | B2/4/5 | B2/4/5 |
| GSM/EDGE | - | - | - |
| GNSS (Optional) | GPS/GLONASS/BDS/Galileo/QZSS | GPS/GLONASS/BDS/Galileo/QZSS | GPS/GLONASS/BDS/Galileo/QZSS |



# Quectel EG95 Series

IoT/M2M-optimized
LTE Cat 4 Module

Quectel EG95 is a series of LTE Cat 4 module optimized specially for M2M and IoT applications. Adopting 3GPP Rel-11 LTE technology, it delivers maximum data rates up to 150 Mbps downlink and 50 Mbps uplink.

*Source:* *Quectel EG95 Series*

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

**1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:**

providing a current transmission, wherein the current transmission includes a predetermined bit pattern and current control information;

if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and

if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel.

### 3.2    Abbreviations

PDCCH          Physical Downlink Control CHannel

*Source:* *3GPP 36.300 v9.10.0 Page 15*

### 4.3    Radio Protocol architecture

#### 4.3.2    Control plane

The figure below shows the protocol stack for the control-plane, where:



**Figure 4.3.2-1: Control-plane protocol stack**

*Source:* *3GPP 36.300 v9.10.0 Page 20*

## 11.1    Basic Scheduler Operation

### 11.1.1    Downlink Scheduling

In the downlink, E-UTRAN can dynamically allocate resources (PRBs and MCS) to UEs at each TTI via the C-RNTI on PDCCH(s). A UE always monitors the PDCCH(s) in order to find possible allocation when its downlink reception is enabled (activity governed by DRX when configured).

In addition, E-UTRAN can allocate semi-persistent downlink resources for the first HARQ transmissions to UEs:

- RRC defines the periodicity of the semi-persistent downlink grant;

- PDCCH indicates whether the downlink grant is a semi-persistent one i.e. whether it can be implicitly reused in the following TTIs according to the periodicity defined by RRC.

*Source:* *3GPP 36.300 v9.10.0 Page 75*

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|
| 1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:<br><br>**providing a current transmission, wherein the current transmission includes a predetermined bit pattern and current control information;**<br><br>if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and<br><br>if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel. | <br><br>*Source:* 3GPP 36.300 v9.10.0 Page 20<br><br>**5.1.3 Physical downlink control channels**<br><br>The downlink control signalling (PDCCH) is located in the first *n* OFDM symbols where *n* ≤ 4 and consists of:<br><br>- Transport format and resource allocation related to DL-SCH and PCH, and hybrid ARQ information related to DL-SCH;<br><br>- Transport format, resource allocation, and hybrid-ARQ information related to UL-SCH;<br><br>*Source:* 3GPP 36.300 v9.10.0 Page 28<br><br>**11.1.1 Downlink Scheduling**<br><br>In the downlink, E-UTRAN can dynamically allocate resources (PRBs and MCS) to UEs at each TTI via the C-RNTI on PDCCH(s). A UE always monitors the PDCCH(s) in order to find possible allocation when its downlink reception is enabled (activity governed by DRX when configured).<br><br>*Source:* 3GPP 36.300 v9.10.0 Page 75 |

6

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

**Claim 1 column:**

1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:

**providing a current transmission, wherein the current transmission includes a predetermined bit pattern and current control information;**

if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and

if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel.

**Waste Connections' Lytx DriveCam Event Recorder column:**

### 5.1.3   Physical downlink control channels

The downlink control signalling (PDCCH) is located in the first $n$ OFDM symbols where $n \leq 4$ and consists of:

- Transport format and resource allocation related to DL-SCH and PCH, and hybrid ARQ information related to DL-SCH;

- Transport format, resource allocation, and hybrid-ARQ information related to UL-SCH;

*Source: 3GPP 36.300 v9.10.0 Page 28*

### 5.3.3.1   DCI formats
### 5.3.3.1.2   Format 1

DCI format 1 is used for the scheduling of one PDSCH codeword.

The following information is transmitted by means of the DCI format 1:

- Resource allocation header (resource allocation type 0 / type 1) – 1 bit as defined in section 7.1.6 of [3]

  If downlink bandwidth is less than or equal to 10 PRBs, there is no resource allocation header and resource allocation type 0 is assumed.

- Resource block assignment:

  - For resource allocation type 0 as defined in section 7.1.6.1 of [3]:

    - $\left\lceil N_{RB}^{DL} / P \right\rceil$ bits provide the resource allocation

  - For resource allocation type 1 as defined in section 7.1.6.2 of [3]:

    - $\left\lceil \log_2(P) \right\rceil$ bits of this field are used as a header specific to this resource allocation type to indicate the selected resource blocks subset

    - 1 bit indicates a shift of the resource allocation span

    - $\left( \left\lceil N_{RB}^{DL} / P \right\rceil - \left\lceil \log_2(P) \right\rceil - 1 \right)$ bits provide the resource allocation

    where the value of P depends on the number of DL resource blocks as indicated in section 7.1. 6 of [3]

- Modulation and coding scheme – 5 bits as defined in section 7.1.7 of [3]

- HARQ process number – 3 bits (FDD), 4 bits (TDD)

- New data indicator – 1 bit

- Redundancy version – 2 bits

- TPC command for PUCCH – 2 bits as defined in section 5.1.2.1 of [3]

*Source: 3GPP 36.212 v9.4.0 Page 44*

7

# US7388848B2

Case 9:26-cv-00277 Document 1-8 Filed 04/16/26 Page 8 of 13 PageID #: 111

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|
| 1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:<br><br>providing a current transmission, , wherein the current transmission includes a predetermined bit pattern and current control information;<br><br>**if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and**<br><br>if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel. | <br><br>**5.3.3.1       DCI formats**<br><br>**5.3.3.1.2       Format 1**<br><br>DCI format 1 is used for the scheduling of one PDSCH codeword.<br><br>The following information is transmitted by means of the DCI format 1:<br><br>- Resource allocation header (resource allocation type 0 / type 1) – 1 bit as defined in section 7.1.6 of [3]<br><br>    If downlink bandwidth is less than or equal to 10 PRBs, there is no resource allocation header and resource allocation type 0 is assumed.<br><br>- Resource block assignment:<br><br>  - For resource allocation type 0 as defined in section 7.1.6.1 of [3]:<br><br>    - $\left\lceil N_{RB}^{DL} / P \right\rceil$ bits provide the resource allocation<br><br>  - For resource allocation type 1 as defined in section 7.1.6.2 of [3]:<br><br>    - $\left\lceil \log_2(P) \right\rceil$ bits of this field are used as a header specific to this resource allocation type to indicate the selected resource blocks subset<br><br>    - 1 bit indicates a shift of the resource allocation span<br><br>    - $\left( \left\lceil N_{RB}^{DL} / P \right\rceil - \left\lceil \log_2(P) \right\rceil - 1 \right)$ bits provide the resource allocation<br><br>    where the value of P depends on the number of DL resource blocks as indicated in section 7.1. 6 of [3]<br><br>- Modulation and coding scheme – 5 bits as defined in section 7.1.7 of [3]<br><br>- HARQ process number – 3 bits (FDD), 4 bits (TDD)<br><br>- New data indicator – 1 bit<br><br>- Redundancy version – 2 bits<br><br>- TPC command for PUCCH – 2 bits as defined in section 5.1.2.1 of [3]<br><br>***Source:*** *3GPP 36.212 v9.4.0 Page 44* |

8

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:

providing a current transmission, , wherein the current transmission includes a predetermined bit pattern and current control information;

**if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and**

if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel.

### 9.2 PDCCH validation for semi-persistent scheduling

A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met:

- the CRC parity bits obtained for the PDCCH payload are scrambled with the Semi-Persistent Scheduling C-RNTI

- the new data indicator field is set to '0'. In case of DCI formats 2, 2A and 2B, the new data indicator field refers to the one for the enabled transport block.

Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.

If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release.

If validation is not achieved, the received DCI format shall be considered by the UE as having been received with a non-matching CRC.

**Table 9.2-1: Special fields for Semi-Persistent Scheduling Activation PDCCH Validation**

|  | DCI format 0 | DCI format 1/1A | DCI format 2/2A/2B |
|---|---|---|---|
| TPC command for scheduled PUSCH | set to '00' | N/A | N/A |
| Cyclic shift DM RS | set to '000' | N/A | N/A |
| Modulation and coding scheme and redundancy version | MSB is set to '0' | N/A | N/A |
| HARQ process number | N/A | FDD: set to '000'<br>TDD: set to '0000' | FDD: set to '000'<br>TDD: set to '0000' |
| Modulation and coding scheme | N/A | MSB is set to '0' | For the enabled transport block: MSB is set to '0' |
| Redundancy version | N/A | set to '00' | For the enabled transport block: set to '00' |

*Source: 3GPP 36.213 v9.3.0 Page 68*

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

**Claim 1 column:**

1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:

providing a current transmission, , wherein the current transmission includes a predetermined bit pattern and current control information;

**if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and**

if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel.

**Evidence column:**

### 9.2 PDCCH validation for semi-persistent scheduling

A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met:

- the CRC parity bits obtained for the PDCCH payload are scrambled with the Semi-Persistent Scheduling C-RNTI

- the new data indicator field is set to '0'. In case of DCI formats 2, 2A and 2B, the new data indicator field refers to the one for the enabled transport block.

Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.

If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release.

If validation is not achieved, the received DCI format shall be considered by the UE as having been received with a non-matching CRC.

**Table 9.2-1: Special fields for Semi-Persistent Scheduling Activation PDCCH Validation**

| | DCI format 0 | DCI format 1/1A | DCI format 2/2A/2B |
|---|---|---|---|
| TPC command for scheduled PUSCH | set to '00' | N/A | N/A |
| Cyclic shift DM RS | set to '000' | N/A | N/A |
| Modulation and coding scheme and redundancy version | MSB is set to '0' | N/A | N/A |
| HARQ process number | N/A | FDD: set to '000'<br>TDD: set to '0000' | FDD: set to '000'<br>TDD: set to '0000' |
| Modulation and coding scheme | N/A | MSB is set to '0' | For the enabled transport block:<br>MSB is set to '0' |
| Redundancy version | N/A | set to '00' | For the enabled transport block:<br>set to '00' |

### 11.1.1 Downlink Scheduling

In the downlink, E-UTRAN can dynamically allocate resources (PRBs and MCS) to UEs at each TTI via the C-RNTI on PDCCH(s). A UE always monitors the PDCCH(s) in order to find possible allocation when its downlink reception is enabled (activity governed by DRX when configured).

**Source column:**

*Source: 3GPP 36.213 v9.3.0 Page 68*

*Source: 3GPP 36.300 v9.10.0 Page 75*

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:

providing a current transmission, wherein the current transmission includes a predetermined bit pattern and current control information;

**if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and**

if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel.

## Annex B (normative): Release 8 and 9 AS feature handling

### B.1    Feature group indicators

This annex contains the definitions of the bits in fields *featureGroupIndicators* (in Table B.1-1) and *featureGroupIndRel9Add* (in Table B.1-1a).

In this release of the protocol, the UE shall include the fields *featureGroupIndicators* in the IE *UE-EUTRA-Capability*. All the functionalities defined within the field *featureGroupIndicators* defined in Table B.1-1 or Table B.1-1a are mandatory for the UE, if the related capability (frequency band, RAT, SR-VCC or Inter-RAT ANR) is also supported. For a specific indicator, if all functionalities for a feature group listed in Table B.1-1 have been implemented and tested, the UE shall set the indicator as one (1), else (i.e. if any one of the functionalities in a feature group listed in Table B.1-1 or Table B.1-1a, which have not been implemented or tested), the UE shall set the indicator as zero (0).

**Table B.1-1: Definitions of feature group indicators**

| Index of indicator (bit number) | Definition (description of the supported functionality, if indicator set to one) | Notes | If indicated "Yes" the feature shall be implemented and successfully tested for this version of the specification | FDD/ TDD diff |
|---|---|---|---|---|
| 28 | - TTI bundling | | Yes for FDD | Yes |
| 29 | - Semi-Persistent Scheduling | | | Yes |
| 30 | - Handover between FDD and TDD | - can only be set to 1 if the UE has set bit number 13 to 1 | | No |

*Source:* *3GPP 36.331 v9.18.0 Page 249*

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

1. A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:

providing a current transmission, , wherein the current transmission includes a predetermined bit pattern and current control information;

if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and

**if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel.**

### 9.2 PDCCH validation for semi-persistent scheduling

A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met:

- the CRC parity bits obtained for the PDCCH payload are scrambled with the Semi-Persistent Scheduling C-RNTI

- the new data indicator field is set to '0'. In case of DCI formats 2, 2A and 2B, the new data indicator field refers to the one for the enabled transport block.

Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.

If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release.

If validation is not achieved, the received DCI format shall be considered by the UE as having been received with a non-matching CRC.

**Table 9.2-1: Special fields for Semi-Persistent Scheduling Activation PDCCH Validation**

| | DCI format 0 | DCI format 1/1A | DCI format 2/2A/2B |
|---|---|---|---|
| TPC command for scheduled PUSCH | set to '00' | N/A | N/A |
| Cyclic shift DM RS | set to '000' | N/A | N/A |
| Modulation and coding scheme and redundancy version | MSB is set to '0' | N/A | N/A |
| HARQ process number | N/A | FDD: set to '000' TDD: set to '0000' | FDD: set to '000' TDD: set to '0000' |
| Modulation and coding scheme | N/A | MSB is set to '0' | For the enabled transport block: MSB is set to '0' |
| Redundancy version | N/A | set to '00' | For the enabled transport block: set to '00' |

*Source: 3GPP 36.213 v9.3.0 Page 68*

# US7388848B2

| Claim 1 | Waste Connections' Lytx DriveCam Event Recorder |
|---|---|

**1.** A method of providing signaling in a communication link between a sending node and a receiving node, the method comprising:

providing a current transmission, , wherein the current transmission includes a predetermined bit pattern and current control information;

if the current control information in the current transmission is to be used alone for decoding a transport channel, providing a first indication in the predetermined bit pattern that the current control information is to be used alone for decoding the transport channel; and

**if at least a portion of control information from an earlier transmission is to be used to decode the transport channel, providing a second indication in the predetermined bit pattern that the control information from the earlier transmission is to be used to decode the transport channel.**

*Source: 3GPP 36.213 v9.3.0 Page 68*

### 9.2 PDCCH validation for semi-persistent scheduling

A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met:

- the CRC parity bits obtained for the PDCCH payload are scrambled with the Semi-Persistent Scheduling C-RNTI

- the new data indicator field is set to '0'. In case of DCI formats 2, 2A and 2B, the new data indicator field refers to the one for the enabled transport block.

Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.

If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release.

If validation is not achieved, the received DCI format shall be considered by the UE as having been received with a non-matching CRC.

### 5.1.3 Physical downlink control channels

The downlink control signalling (PDCCH) is located in the first *n* OFDM symbols where $n \le 4$ and consists of:

- Transport format and resource allocation related to DL-SCH and PCH, and hybrid ARQ information related to DL-SCH;

- Transport format, resource allocation, and hybrid-ARQ information related to UL-SCH;

### 11.1.1 Downlink Scheduling

In the downlink, E-UTRAN can dynamically allocate resources (PRBs and MCS) to UEs at each TTI via the C-RNTI on PDCCH(s). A UE always monitors the PDCCH(s) in order to find possible allocation when its downlink reception is enabled (activity governed by DRX when configured).

In addition, E-UTRAN can allocate semi-persistent downlink resources for the first HARQ transmissions to UEs:

- RRC defines the periodicity of the semi-persistent downlink grant;

- PDCCH indicates whether the downlink grant is a semi-persistent one i.e. whether it can be implicitly reused in the following TTIs according to the periodicity defined by RRC.

*Source: 3GPP 36.300 v9.10.0 Pages 28 and 75*

13